[No. 25441–3–I. Division One. June 3, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY PARSONS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89–1–00830–5, Joseph A. Thibodeau,

J., entered December 14, 1989. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Pekelis and Forrest, JJ.